

Robert Tauler, Esq. (SBN 241964)
robert@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Lawrence Schallert*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWRENCE SCHALLERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUPER ATV, LLC, an Indiana corporation; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No.: 2:25-cv-00108-SK<br><br>**PLAINTIFF LAWRENCE SCHALLERT'S NOTICE OF SETTLEMENT** |

1

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Lawrence Schallert and Defendant Super ATV, LLC have reached a resolution of the above-captioned case. Assuming compliance with the terms of the resolution, the parties expect Plaintiff will dismiss his individual claims with prejudice within the next thirty (30) days.

Dated:  March 26, 2025                              TAULER SMITH LLP

                                                   By:  */s/ Robert Tauler*
                                                        Robert Tauler

                                                   *Attorneys for Plaintiff*
                                                   *Lawrence Schallert*

## **CERTIFICATE OF SERVICE**

I hereby certified that I served the foregoing document on all parties of record via the Court's CM/ECF system.


Dated:  March 26, 2025                            TAULER SMITH LLP

By:  */s/ Robert Tauler*
                                    Robert Tauler

*Attorneys for Plaintiff*
*Lawrence Schallert*

NOTICE OF SETTLEMENT